UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CARLY WILLS,**<br><br>            Plaintiff,<br>vs.<br><br>**JUSTIN SCHILTZ,**<br><br>            Defendant. | 2:23-CV-11068-TGB-EAS<br><br><br>**DEFAULT JUDGMENT** |

In accordance with the Order issued on December 19, 2023, granting the Motion for Default Judgment, judgment in the amount of $839,291.12 is entered in favor of Plaintiff and against Defendant.

It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  December 19, 2023

                                                KINIKIA ESSEX
                                                CLERK OF THE COURT

                                                s/A. Chubb
                                                Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1